IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01860-RM-MJW

MICHAELEE OWEN,
JEANINE ROYBAL, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado non-profit organization,

Plaintiff(s),

v.

KIRK TAYLOR, in his official capacity as Sheriff of Pueblo County, Colorado, and
THE CITY OF PUEBLO, COLORADO, INCLUDING ITS POLICE DEPARTMENT,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 28) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 28-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: December 2, 2013