# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-01860-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   December 02, 2013 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| MICHAELEE OWEN, <br> JEANINE ROYBAL, and <br> COLORADO CROSS-DISABILITY COALITION, <br> a Colorado non-profit organization, and <br> COLORADO ASSOCIATION OF THE DEAF, <br> a Colorado non-profit organization, <br><br> Plaintiff(s), <br><br> v. <br><br> KIRK TAYLOR, <br> in his official capacity as Sheriff of Pueblo County, <br> Colorado, and <br> THE CITY OF PUEBLO, COLORADO, INCLUDING <br> ITS POLICE DEPARTMENT, <br><br> Defendant(s). | Kevin W. Williams <br><br><br><br><br><br><br><br><br><br> Jessica K. Muzzio <br> Courtney B. Kramer <br> Eric M. Ziporin |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   RULE 16(b) SCHEDULING CONFERENCE
**Court in session:**   2:3 p.m.
Court calls case. Appearances of counsel.

Parties had filed their Proposed Scheduling Order [Docket No. 27] on November 25, 2013. Today the parties filed a Stipulated Motion to Amend the proposed Scheduling Order [Docket No. 32, filed December 02, 2013], and an (amended) proposed Scheduling Order.

**It is ORDERED:**    Parties' STIPULATED MOTION FOR AMENDED SCHEDULING ORDER [Docket No. **32**, filed December 02, 2013] is **GRANTED** for reasons as set forth on the record.
The Proposed Scheduling Order [Docket No. 27] filed November 25, 2013 is not considered by the Court.
The (amended) Proposed Scheduling Order [Docket No. 32-1] filed December 02, 2013 is the operative document.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **JANUARY 16, 2014**

Discovery Cut-off:   **JUNE 02, 2014**

Dispositive Motions Deadline:   **JULY 02, 2014**

Each side shall be limited to three (3) fact expert witnesses, without further leave of Court.
Parties shall designate experts **on or before APRIL 02, 2014**
Parties shall designate rebuttal experts   **on or before MAY 02, 2014**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before   **APRIL 30, 2014.**
Each party shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each party shall be limited to seven (7) depositions.  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  JUNE 02, 2014**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits.

**FINAL PRETRIAL CONFERENCE** set for  **AUGUST 28, 2014  at  9:30 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before AUGUST 21, 2014.**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a seven (7) day trial to a jury.
Judge Raymond P. Moore will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

Counsel are reminded a new edition of local rules D.C.COLO.LCivR is in effect as of DECEMBER 01, 2013.

**[X]**   Scheduling Order, filed as Docket No. 32-1,  is signed and entered  with interlineations **DECEMBER 02, 2013.**

Hearing concluded.

**Court in recess:**   2:58 p.m.
Total in-court time: 00:22

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.