IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01860-RM-MJW

MICHAELEE OWEN,
JEANINE ROYBAL, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado non-profit organization,

Plaintiff(s),

v.

KIRK TAYLOR, in his official capacity as Sheriff of Pueblo County, Colorado, and
THE CITY OF PUEBLO, COLORADO, INCLUDING ITS POLICE DEPARTMENT,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant Taylor's Motion to Amend Answer to Include Additional Defenses (Docket No. 36), which is unopposed by plaintiffs (see Docket No. 38), is granted.  The tendered Amended Answer (Docket No. 36-1) is accepted for filing as of the date of this Minute Order.

Date: January 21, 2014